# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

SELECTIVE INSURANCE COMPANY OF SC

v.

BUREAU OF WORKERS' COMPENSATION FEE REVIEW HEARING OFFICE (THE PHYSICAL THERAPY INSTITUTE)

PETITION OF: THE PHYSICAL THERAPY INSTITUTE

: No. 109 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of July, 2014, the Petition for Allowance of Appeal is **DENIED**.